UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLITRAS PROUT | CIVIL ACTION |
| VERSUS | No. 22-3174 |
| DOVER BAY SPECIALTY INSURANCE COMPANY | SECTION: "J"(5) |

## ORDER

Considering the foregoing *Joint Stipulation of Dismissal with Prejudice* **(Rec. Doc. 12)**,

**IT IS HEREBY ORDERED** that all claims in this matter be and are hereby **DISMISSED with prejudice**, each party to bear its own costs.

New Orleans, Louisiana, this 28th day of June, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1